UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Linda Leahy,<br><br>               Plaintiff,<br><br>   v.<br><br>CMH Homes et al.,<br><br>              Defendants. | No. 2:24-cv-01855 KJM CKD<br><br>ORDER |

      CMH Homes and Linda Leahy have stipulated to an order from this court compelling the claims filed by Leahy to arbitration pursuant to the terms of the Binding Dispute Resolution Agreement signed by the parties in accordance with the Federal Arbitration Act, 9 U.S.C. §§ 3–4. *See* ECF No. 28. The parties have also agreed that the court stay the action until arbitration has been completed. *See id.*; 9 U.S.C. § 3.

      As the parties do not dispute that the arbitration agreement covers Leahy's claims and no longer dispute the validity of the agreement, the court **grants** CMH's motion to compel arbitration. The action is **stayed** until the arbitration has been completed.

      This order resolves ECF Nos. 15, 28.

      IT IS SO ORDERED.

DATED: March 26, 2025.

UNITED STATES DISTRICT JUDGE

1